Alberto Alfaro
130 S. Plymouth St.
Rochester N.Y. 14614
Monroe County Jail

Court Clerk
U.S. District Court
100 State Street
Rochester N.Y. 14614

Dear Madam/Sir,
    Enclosed you will find my petition for relief under 42 U.S.C. § 1983 and supporting documents. Please be advised that once I receive confirmation that your office has received this envelope and its contents my family will pay the filing fee immediately. I am sending this parcel certified mail w/ return receipt. Thank you for your time and patience.

Dated: 8/29/2022

Best Regards,
x Alberto Alfaro
Alberto Alfaro
PRO SE